UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

JOSEPH A. HERNANDEZ,

Plaintiff,

v.

FRESNO COUNTY JAIL,

Defendant.

Case No. 1:26-cv-00636-KES-FJS (PC)

ORDER DENYING PLAINTIFF'S MOTION FOR LEAVE TO FILE AN AMENDED COMPLAINT AS FILED IN INCORRECT CASE
(ECF No. 13)

ORDER DENYING PLAINTIFF'S MOTION FOR AN APPEAL FORM AS FILED IN INCORRECT CASE
(ECF No. 14)

Plaintiff Joseph A. Hernandez ("Plaintiff") is a county jail inmate proceeding *pro se* and *in forma pauperis* in this civil rights action under 42 U.S.C. § 1983. Plaintiff's complaint has not yet been screened.

Currently before the court are Plaintiff's motions for leave to file an amended complaint and for an appeal form, filed September 28, 2026. (ECF Nos. 13, 14.) In both filings, Plaintiff appears to seek relief related to a prior action in this court, *Hernandez v. FCJ ADA Dep't* ("*Hernandez I*"), Case No. 1:25-cv-01927-KES-BAM, which was closed on March 30, 2026, due to Plaintiff's failure to prosecute and failure to provide a proper mailing address. *Hernandez I*, Docs. 8, 9. Plaintiff complains that his mail was intentionally misdirected to a mailing address in Las Vegas, even though he had been in custody at the Fresno County Jail. It appears Plaintiff filed these motions in the instant action in an attempt to communicate with Magistrate Judge Barbara

A. McAuliffe, the magistrate judge assigned to *Hernandez I*. Plaintiff seeks a variety of relief, including appeal forms, an opportunity to file an amended complaint, and appointment of counsel. All the requested relief appears directed towards reopening or otherwise continuing to prosecute the claims raised in *Hernandez I*. (ECF Nos. 13, 14.)

As the request relief is not related to the instant action, the motions are denied. To the extent Plaintiff seeks relief related to *Hernandez I*, he should file his requests in that action.[1] Plaintiff should not attempt to file requests for relief related to *Hernandez I* in the instant action. All motions and other papers filed with the court should include the appropriate case number, and only one case number, to ensure they are filed in the correct case.

Accordingly, IT IS HEREBY ORDERED as follows:

1. Plaintiff's motion for leave to file an amended complaint, (ECF No. 13), is DENIED, as filed in the incorrect case; and
2. Plaintiff's motion for an appeal form, (ECF No. 14), is DENIED, as filed in the incorrect case.

IT IS SO ORDERED.

Dated: **October 1, 2026**

UNITED STATES MAGISTRATE JUDGE

---

[1] The court notes that Plaintiff also filed his motion for leave to file an amended complaint in *Hernandez I*. *Hernandez I*, Doc. 11. That motion will be addressed by the assigned magistrate judge and district judge in that action.